# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **-vs-**

**TIMOTHY DARNELL WILBURN, SR.,**

        **Defendant.**

Case No. 04-CR-80

## ORDER

Before the Court is defendant, Timothy Darnell Wilburn, Sr.'s ("Wilburn") objection to Magistrate Judge William E. Callahan, Jr.'s Recommendation that Wilburn's Motion to Suppress be denied. The Court has reviewed said Recommendation, examined the briefs submitted by Wilburn and the government and rules as follows.

Magistrate Judge Callahan's analysis of the Fourth Amendment principles and the surrounding case law that applies to this case is correct. The Court therefore adopts Magistrate Judge Callahan's Recommendation *in toto* and will deny Wilburn's Motion to Suppress.

Dated at Milwaukee, Wisconsin, this 2nd day August, 2005.

        **SO ORDERED,**

        <u>s/ Rudolph T. Randa</u>
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**