UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               Case No. 04-cr-80-pp

TIMOTHY DARNELL WILBURN, SR.,

        Defendant.

**ORDER GRANTING JOINT MOTION TO GRANT PENDING MOTION FOR TERMINATION OF SUPERVISED RELEASE (DKT. NO. 117) AND GRANTING THE DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DKT. NO. 112)**

On November 22, 2017, the defendant filed a motion for early termination of supervised release. Dkt. No. 112. The government (dkt. no. 114) and probation (dkt. no. 115) opposed the motion, and the defendant filed a reply at the beginning of January (dkt. no. 116). The court did not timely rule on that motion.

The parties recently filed a joint motion grant the defendant's motion for early termination. Dkt. No. 117. The motion indicates that the government's initial concerns about terminating the defendant's release over a year early now are mitigated; the defendant has only four months or so remaining on release.

The court finds that early termination is appropriate under 18 U.S.C. §3583(e)(1). At this point, the defendant has served more than two years of supervised release, the government has joined in the request for termination,

1

early termination serves the interests of justice, and the request is warranted by the defendant's conduct. See United States v. O'Hara, 2011 WL 4356322, *3 (E.D. Wis. Sept. 16, 2011). The court agrees with the parties that early termination will provide the defendant with greater freedom to find employment outside of the district. Dkt. No. 117 at 1.

The court **GRANTS** the joint motion to grant pending motion for early termination of supervised release. Dkt. No. 117. The court **GRANTS** the defendant's motion for early termination of supervised release. Dkt. No. 112.

Dated in Milwaukee, Wisconsin this 21st day of May, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**